IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORRI LOPEZ, an individual, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case Number CIV-05-928-C |
| | ) |
| JENNIFER IRISH, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

Now before the Court is Defendant Jennifer Irish's (Irish) Motion to Strike Plaintiffs' Counter Motion for Partial Summary Judgment on the ground that the motion is untimely under the Court's scheduling order. The Court agrees that Plaintiffs' motion is untimely; however, given that litigants' trial date is not until mid-August, that no harm will result if the motion is allowed, and that further briefing on the issues may streamline the case for trial, Irish's Motion to Strike Plaintiffs' Counter Motion for Partial Summary Judgment [Dkt. No. 36] is **DENIED**. Accordingly, Defendant Irish's Motion to Shorten Time [Dkt. No. 37] is **STRICKEN.**

IT IS SO ORDERED this 28th day of June, 2006.

ROBIN J. CAUTHRON
United States District Judge